2006 MAR -6 AM 10: 24

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

Rhett R. Smith, a citizen of Texas

v.

CASE NUMBER: A06CA162 SS

Rick Perry, Governor of Texas, and

Candidate '06 Campaign for Governor

Reverend Laurence White, State Project

Chairman, Texas Restoration Project

The ONESTAR Foundation, a non-profit

Corporation, performing charitable

Activity, within the IRS Code

Sec.501 ( c) (3) and Texas Tax Code

Sec.11.18 (c )

Ken Mehlman, Chairman,

Republican National Committee

Tina J. Benkiser, Chairman,

Republican Party of Texas

Carol Van De Walle, Republican Party of

Bexar County

Greg Abbott, Attorney General of Texas

Donald Rumsfeld, Secretary of Defense, Voting

Information Center, Federal Voting

Assistance Program, Department of Defense

COMPLAINT

1. Rhett R. Smith, 2439 Town Lake Circle,#213-A, Austin TX 78741

2. Governor of Texas, Rick Perry, Office of Governor, State Capitol Complex, Austin, TX

.. Reverend Laurence White, TX Restoration Project, State Chairman, Our Savior Lutheran Church, 5000 W. Tidwell Road, Houston,TX 77091

The ONESTAR Foundation, 816 Congress Avenue, suite 900, Austin,TX 78701 ...Registered Agent: Frank Reilly

Mr. Ken Mehlman, RNC, 310 First Street SE; Washington DC 20003

Mrs. Tina J. Benkiser, Republican Party of Texas, 900 Congress Ave., Suite 300, ...Austin, TX 78701

Mrs. Carol Van De Walle, Bexar County Republican Party, 900 NE Loop 410, suite D-105, San Antonio, TX 78709

Attorney General, Greg Abbott, Office of Attorney General, State Capitol Complex, Austin, TX

Donald Rumsfeld, Secretary of Defense, Voting Information Center, Federal Voting Assistance ...Program, Department of Defense, Washington, DC 20301

3. (jurisdiction plea)

4. Legal [illegible]

4. The above defendants in exclusive, unique, and/or private (undisclosed) relationship did misuse/misrepresent/fail their respective official duties (obligations) before the public, thereby

influencing democratic election and consequently did violate the civil rights of plaintiff as well as civil rights of Texas voters, citizens, taxpayers, and candidates.

Re: Exhibit A

....The Texas Restoration Project, [reference: Austin American-Statesman on August 24,2005] in exclusive, unique, "closed-door" meeting with Gov. Rick Perry (and later "pastors briefings" in Ft. Worth, Dallas, and San Antonio) for purpose of influencing our Texas 'body politic' and voter campaigns,.... at a time when many candidates had filed Treasurer's information with Texas Ethics Commission, i.e. {Comptroller Carole Strayhorn, a candidate for Governor, "has not been invited to address the project but would love an invitation," her campaign spokesman said.} violated their respective status' as religious organizations in their IRS registration regulations.

Re: Exhibit E

...The ONESTAR Foundation staff and associated individuals and affiliated organizations have exclusive, unique, and/or private (undisclosed) relationship with Rick Perry (a candidate for Governor of Texas),... refer to above (non-profit) violation statement regarding IRS Regulations.

In Texas law (re: voting /elections) major political parties (40% of vote in past) participate in general elections (November) if they have polled as much as 40% in past elections and fulfill the requirement of conducting primary elections (in the spring) in accordance with Texas law as historic as 1905 and Texas Election Code which describe provision and qualifications, duties... officially addressing private (non-governmental) political organization, i.e. political parties....officials [county chairmen, state chairman] for instance, are subject to Public Information Act, and/or writ of mandamus, which a Texas court can require to perform statutory duties; i.e. the obligation to perform political party primary election is subject to Texas statutory regulation.

Plaintiff alleges that the Republican Party in respective national, state, and local organization did inappropriately (illegally) suppress and /or support candidates in order to cover-up or manipulate the Republican Party primary election.

Ken Mehlman, RNC Chairman, told plaintiff in personal telephone conversation, when questioned about the campaign for Governor of Texas, that "we (RNC) support the incumbent candidate, i.e.(Rick Perry).

Mrs.Tina Benkiser, TexGOP State Chairman:

......... refused plaintiff access to "voter vault," (the Republican Party file

of voters) which was available to other candidates; thus making it much more difficult to campaign.

..........removed the candidate website link of plaintiff from the official www.TexasGOP.org website according to a report by an Associated Press reporter and also other Texas newspaper reports.

..........removed campaign information of plaintiff which plaintiff made available to display at the Republican Party offices at 900 Congress Avenue, suite 300, Austin,TX

..........avoided numerous attempts by plaintiff to communicate re: Republican Party primary election conduct, i.e. plaintiff publicly requested "fairness".

Plaintiff alleges the following re: Mrs. Carol Van De Walle, Bexar County Republican Party..

After arriving at Bexar Co. Republican Party candidate forum on 2/1/06, to which both plaintiff and Larry Kilgore (both candidates for office of Governor of Texas) had received notification, and both candidates had confirmed in advance with Bexar Co. Republican Party officials (both candidates drove to San Antonio on Wed. 2/1/06 from respective cities), plaintiff and Larry Kilgore were told within a few minutes of official commencement (approx. 10:40a.m.) by Mrs. Van De Walle that "candidates for Governor would not be allowed to address the forum in the same manner as candidates for other races, and the moderator would recognize only that plaintiff and Larry Kilgore were candidates for Governor." Mrs. Van De Walle further stated that, "plaintiff and Larry Kilgore would be allowed to talk and mingle with other attendees during the course of the forum."

Attorney General, Greg Abbott, failed to enforce the laws,...specifically, misappropriation (use) of Texas State "Website" by candidate--Rick Perry;....by law, a felony. Plaintiff alleges civil rights violation. ... U.S.Code Chapter 42 Section 1985---official failure to enforce.

RE: EXHIBIT C

The Federal Voting Assistance Program allows candidates for Governor to record a message for US citizens and military members overseas. However, the Voting Information Center administrator's (John Godley's) office did not attempt to mail information to plaintiff in a timely manner for the "early voting" period of Texas's party primaries. Because plaintiff's "political issues" were so very embarrassing to the Republican administration policies, plaintiff alleges official repression of party primary election.

final ...Statement of relief sought by plaintiff:

Re: Texas Restoration Project--full disclosure by any/all parties, i.e. individuals, churches, and/or religious organizations; and disclosure of Governor Rick Perry's exclusive, unique, and/or private (undisclosed) contacts; also, absolute, full, and complete revelation as to any and all Perry/Republican Party files/communications/contacts between and among any/all of above mentioned Texas Restoration Project entities. . . . . . . make available as to open records/meetings- Public Information Act, news media, and all candidates.

Re: The ONESTAR Foundation..........similar disclosure as above; dissolution/dissociation from Governor/government; and evaluation as to exclusive "misrepresentation" in dollar estimates comparability to 'outside' organizations.

Re: Republican Party......mandatory education of officials

Damages payable to plaintiff:

RNC-------------$50,000

TEXAS GOP----$ 28,000

Bexar County------$ 1,000 per candidate

Any and all assets,funds (dollars raised) etc... re: Governor Rick Perry; candidate campaign; *"Texans for Rick Perry";* The ONESTAR Foundation...should be frozen immediately for audit and court consideration.

Re: Greg Abbott... the Attorney General has failed to enforce laws: last year, specifically, on April 18,2005,... Plaintiff was candidate for mayor of San Antonio at a forum hosted by University of Texas, S.A......when the University student organization planned for only 3 of the 7 San Antonio mayoral candidates to debate at a forum on campus, plaintiff complained to the Attorney General's Office.. Attorney General Abbott sadly does not care about civil rights,... should face full legal penalty and possible disbarment...... $100,000 Fine, mandate for education of all state/district attorneys

Re: Federal Voting Assistance Program ---because America's mission to the world--"freedom and democracy," cannot/will not be achieved in Texas's Republican Party primary election.... I seek relief by emergency restraining order/temporary injunction to restrain/invalidate the March 7th Republican Party primary election for the office of Governor of Texas.

Finally, any and all of above mentioned assets, funds (dollars raised) etc....re: Governor Rick Perry; candidate campaign; "*Texans for Rick Perry*"; The ONESTAR Foundation... (more than $11 million dollars in "*Texans for Rick Perry*" campaign fund, alone, reported to Texas Ethics Commission for period from July to December 31, 2005)......Plaintiff seeks 20% punitive damages as to any and all assets,funds (dollars raised) from above ,...the remaining 80% going toward efforts to educate Texas voters , citizens, taxpayers, and any and all related public servants or official persons as to civil rights and fair and free elections..

Rhett R. Smith

Signature

Rhett R. Smith

2439 Town Lake Circle, #213-A

Austin, TX 78741

Tel. Ph. # (210) 317-5143

EXHIBIT A

INFOTRAC

Austin Public Library

Test drive the next generation of InfoTrac® Now.

Austin Public Library Infotrac Newspaper



Print

Mark *The Austin American-Statesman (TX)*, August 24, 2005 pB1

**Perry's crusade: Ban gay unions; Governor gets out the vote for amendment that defines marriage.** (Metro/State)

**Full Text:** COPYRIGHT 2005 The Austin American-Statesman

*****

CORRECTION: An article on page B1 Wednesday incorrectly identified recipients of a leaflet encouraging opposition to the proposed constitutional amendment defining marriage. The mailing, funded by No Nonsense in 2006, was sent to Austin liberals, according to the group.

*****

Byline: Gardner Selby, AMERICAN-STATESMAN STAFF

Gov. Rick Perry on Tuesday electronically urged 10,000 Texans to approve a November proposal that would define marriage as between a man and a woman, and an anti-amendment group sent 10,000 Democrats a leaflet charging Perry and fellow Republicans with attacking gay and lesbian families.

Perry said by e-mail: "That marriage is the union between a man and a woman is a truth known to each one of us already, and any attempt to allow same-sex marriages is a detriment to the family unit and hurts our state and nation."

His message was sent via the Texas Marriage Alliance, a Web-based effort started this year to support Proposition 2, which is among nine proposed constitutional tweaks on the Nov. 8 ballot.

No Nonsense in 2006, aligned with No Nonsense in November in opposition to the marriage amendment, paid for a mailing to past Travis County Democratic Party donors questioning the "unnecessary and divisive amendment."

Perry and "the Republican Legislature are running a shell game with an unnecessary, dangerous attack on our constitution and Texas families," the leaflet states.

"Instead of working on real problems" such as school finance and taxes, it states, Perry and GOP legislators are "wasting our time and money on things like 'sexy cheerleading,' " -- a reference to unsuccessful legislation carried this year by a Democratic legislator, Rep. Al Edwards of Houston.

Supporters of the proposed amendment, which echoes a 2003 state law barring gay marriage, see their campaigns as opportunities to energize voters before state offices are refilled in 2006.

"An issue like this can get both (conservative and liberal) bases excited," said Ted Delisi, a GOP consultant whose clients include Perry and Rep. Todd Baxter, R-Austin.

Perry's note coincided with his plans to address 500 pastors about the amendment and voter registration at a closed-door meeting today at an Austin hotel.

The Texas Restoration Project, modeled on efforts in other states, seeks to register 300,000 Christians of like "conscience and values" by November.

"We're coming to a crucial moment," said Laurence White, a Houston pastor and the project's state chairman. "We as Christians have to take a stand."

Perry, who attended a similar "pastors briefing" in May, will also be welcome at briefings next month in Fort Worth, Dallas and San Antonio, White said.

"He doesn't pull any punches," White said of Perry. "He tells the pastors what's on his heart."

State Comptroller Carole Keeton Strayhorn, Perry's GOP challenger, has not been invited to address the project but would love an invitation, her spokesman, Mark Sanders, said.

White said Strayhorn, unlike Perry, hasn't made anti-abortion

and pro-family commitments a hallmark of her career.

"If you're having a Republican state convention, you want everybody there," White said. "This isn't that kind of meeting." The anti-amendment mailing sent to Travis County Democrats has an illustration of Perry and Baxter with the words: "Wanted in 2006."

Glen Maxey, leading the group, said he's rousing amendment foes while Perry panders to the "religious right and Christian conservatives."

Luis Saenz, Perry's campaign director, said the only pandering he sees is Maxey hunting donations.

Baxter referred a call for comment to Delisi, who called the illustration a cheap political shot. Baxter thinks Texans should vote on defining marriage, Delisi said.

wgselby@statesman.com; 445-3644

**View other articles linked to these subjects:**

**View Linked Documents**

- Other articles in this issue

**Print, e-mail, and other retrieval options**

**Browser Print** — *Full Text* —
Reformat for printing (approximately 2 pages) from your browser. To return to InfoTrac, use the *back* function of your browser.

**Acrobat Reader** — *Full Text* —
Retrieve for viewing and printing from Acrobat™ Reader. Please allow a few minutes for the retrieval operation to complete (approximately 2 pages)

**E-Mail Delivery** — *Full Text* —

We will send a plain text version to the e-mail address you enter (e.g. *bettyg@library.com*).



# 2006 GOVERNOR'S VOLUNTEER AWARDS

**Deadline for Nominations:**
Must be postmarked by March 31, 2006

**Return To:**
OneStar Foundation
Attn: GVA 2006 Nomination
816 Congress Ave., Ste. 900
Austin, Texas 78701

# NOMINATION APPLICATION

# ABOUT THE AWARDS

## 23rd Annual Governor's Volunteer Awards

For 23 years, the Governor's Volunteer Awards have honored some of Texas' most dedicated community volunteers The people of Texas are known for their great compassion in helping their neighbors. Through the statewide open nomination process, OneStar Foundation continues the tradition of seeking out those special individuals and organizations that are committed to creating positive, long-lasting change OneStar encourages Texans to nominate those around them who are promoting an ethic of service, forging diverse partnerships, increasing the community's capacity to respond, and renewing our Texas communities.

## Nomination Criteria

- Nominees are subject to background checks.
- Nominees are subject to phone interviews.
- Award recipients and nominators will be asked to attend the Governor's Volunteer Awards ceremony on June 9, 2006 in Austin, Texas.
- OneStar reserves the right to use submitted materials and photos in event programs and other public distribution related to the Governor's Volunteer Awards.
- Any individual/group of individuals, private sector entity/business, community/faith-based organization, and public entity/government agency can be nominated

## Nomination Process

Submit the nomination form along with a narrative describing the nominee's activities. Narratives should be limited to three 8 5" x 11" typed sheets. Supporting materials including letters of support, news clippings, and photos of the nominee in service can be included.

Submissions must be postmarked by **March 31, 2006** to be considered and should be mailed to OneStar Foundation, Attn: GVA 2006 Nomination, 816 Congress Ave, Ste. 900, Austin, Texas 78701 or submitted to GVA@onestarfoundation org

## Who Can Be Nominated

**Individuals**: An individual, or group of individuals

**Private Sector/Business** Corporations, foundations, media, other for-profit and privately funded entities

**Community**: Community-based organizations, faith-based organizations, non-profit organizations, civic groups

**Public/Government**: Government agencies, public institutions, public education institutions

*Please print clear , or t.. e in the spaces below*

## Category (choose only one)

- ❑ **Community Connector**
  - ❑ Individual
  - ❑ Private Sector/Business
  - ❑ Community
  - ❑ Public/Government
- ❑ **Community Motivator**
  - ❑ Individual
  - ❑ Private Sector/Business
  - ❑ Community
  - ❑ Public/Government
- ❑ **Community Capacity Builder**
  - ❑ Individual
  - ❑ Private Sector/Business
  - ❑ Community
  - ❑ Public/Government
- ❑ **First Lady's Rising Star Award**
- ❑ **Governor's Lonestar Achievement Award**

## Individual or Group Nominee

Name ______________________________

Home Phone ______________ Office Phone ______________

Program Name *(if applicable)* ______________________________

Address ______________________________

City ______________ State ______ Zip ______

E-mail ______________________________

## Nominator

Name ______________________________

Home Phone ______________ Office Phone ______________

Address ______________________________

City ______________ State ______ Zip ______

E-mail ______________________________

## Nominator's Signature

Signature ______________________________ Date ______________

Submit the completed nomination form, narrative statement, and all supporting materials to:
OneStar Foundation
Attn: GVA 2006 Nomination
816 Congress Ave., Ste. 900
Austin, Texas 78701

**Deadline: Postmarked by March 31, 2006.**

Call 512.473.2140 ext. 214 or e-mail gva@onestarfoundation.org.

# NOMINATION FORM

STATE OF TEXAS
OFFICE OF THE GOVERNOR

Dear Fellow Texans:

Throughout Texas, one of our grandest traditions across this great state is that of neighbor helping neighbor. Texans embrace the call to serve their communities, state and nation. Their success is Texas' success, and annually we pay tribute to all who serve throughout the Lone Star State as volunteers.

In June of this year, we will host the 23rd Annual Governor's Volunteer Awards to recognize contributions of extraordinary Texans. Today, I am soliciting your input and am inviting you to nominate an exceptional individual, group or organization you believe to be deserving of special commendation for their volunteer service.

Anita joins me in thanking you for your assistance, and in acknowledging all Texans who volunteer. They are making a difference and highlighting once again that Texas' strength lies with the people who call it home.

Sincerely,

Rick Perry

Rick Perry
Governor

Enclosure

## 2006 Award Categories

- **Community Connector** Recognizes an individual or group for creating change through diverse partnerships or collaborations. The Community Connector values relationships and works to bring groups of people together to find solutions to meet community needs An individual or group will be selected from each of the following categories. Individual, Private Sector/Business, Community and Public/Government.

- **Community Motivator**. Recognizes an individual or group for outstanding service and volunteerism. Community Motivators have a strong ethic of service, a pure compassion for people, and an inspirational nature to motivate those around them to serve An individual or group will be selected from each of the following categories. Individual, Private Sector/Business, Community and Public/Government.

- **Community Capacity Builder**. Recognizes an individual or group that has increased the capacity of an organization to serve others Community Capacity Builders work strategically to bring about sustainable change within an organization or community through an increase in service delivery, improvement of performance, and impact

onestar
foundation

of[illegible]e. An individual or group will be selected from ea[illegible]he following categories: Individual, Private Sector/Bu[illegible], Community and Public/Government.

- **Fir[illegible]dy's Rising Star Award** Recognizes the innovati[illegible]s of an individual 18 years or younger serving and in[illegible] his/her community. Nominees should demonstr[illegible]dership, perseverance and creativity. Rising Stars us[illegible] unique talents to serve others and often engage th[illegible]und them to join their cause.

- **Go[illegible]r's Lonestar Achievement Award**: Recognizes the[illegible]anding service of an individual who has impacted the[illegible]ery of social services in Texas. Nominees should de[illegible]rate a minimum of 15 years serving and engaging oth[illegible]onestar Achievers are those rare individuals that se[illegible]ossible dreams and make them realities.

# NOMINATION G[illegible]IDELINES

# GOVERNOR'S VOLUNTEER AWARDS

Gov. Volunteer leadership conference
Computer on line
last Nov. Dallas
Tex Comm. on Volunteerism & Community Serv.
non-profit under Ex[illegible] of the Governor
Abolished 2003
Faith Based initial
pre conference
Americorp National Serv.

onestar foundation
OneStar Foundation
Attn GVA 2006 Nomination
816 Congress Ave, Ste 900
Austin Texas 78701

NONPROFIT
U S POSTAGE
PAID
AUSTIN, TX
PERMIT NO 1333

FEDERAL VOTING ASSISTANCE PROGRAM

DEPARTMENT OF DEFENSE
WASHINGTON, DC 20301-1155

February 21, 2006

Mr. Rhett R. Smith
2434 Townlake Circle, 213- A
Austin, TX 78768

Dear Mr. Smith:

As a candidate in the upcoming 2006 Gubernatorial primary election you have an unique opportunity to connect with Texas voters covered under the *Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)*—all military personnel, their family members, and all U.S. citizens residing overseas.

These citizens desire more information on the candidates and issues and the Department of Defense Voting Information Center allows you to address this need by recording a personal audio message which citizens can access by telephone. You may record your personal message and change it as often as you desire up until the primary election. We offer this service to those candidates (provided by the state) whose name will appear on the official ballot for the offices of President, U.S. Senate, the U.S. House of Representatives and State Governor. There is no charge for this service.

You can connect with military personnel and their family members who claim Texas as their legal residence as well as U.S. citizens overseas who are eligible to vote in Texas. These potential voters want information on current issues such as the economy, education, taxes, health care, the environment, etc.

Enclosed are the procedures to follow in recording a message. Your access code is **[2004]** and your personal identification number is **[2086]**. Please retain these numbers because you will need them each time you record a message.

If you have any questions, or if we can be of further assistance, please do not hesitate to contact the Voting Information Center administrator, John Godley, toll-free at 1-800-438-8683.

Sincerely,

P.K. Brunelli
Director

Enclosure

EXHIBIT C