IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 MAY -5 AM 11:03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature]
DEPUTY

**RHETT R. SMITH,**

**Plaintiff,**

**-vs-** **Case No. A-06-CA-162-SS**

**RICK PERRY, Governor of Texas; REVEREND LAURENCE WHITE, Texas Restoration Project; THE ONE STAR FOUNDATION, a Texas non-profit corporation; KEN MEHLMAN, Chairman, Republican National Committee; TINA BENKISER, Chairman, Republican Party of Texas; CAROL VAN DEWALLE, Republican Party of Bexar County; GREG ABBOTT, Attorney General of Texas; DONALD RUMSFELD, U.S. Secretary of Defense,**

**Defendants.**

---

**ORDER**

BE IT REMEMBERED on the 4th day of May 2006 the Court reviewed the file in the above-styled cause, and in particular the motions to dismiss and for more definite statement filed by various parties, and after a review of the complaint itself, enters the following:

IT IS ORDERED that the complaint is DISMISSED for failure to comply with Rule 8 and 10 of the Federal Rules of Civil Procedure. The complaint fails to contain "a short and plain statement of the grounds upon which the court's jurisdiction depends"; "a short and plain statement of the claims showing that the plaintiff is entitled to relief"; "each averment of the pleadings shall be simple, concise and direct"; and "all averments of claim . . . shall be made in numbered paragraphs, the content of each of which shall be limited as far as

practical to a statement of a single set of circumstances; and a paragraph may be referred to by number and in all succeeding pleadings. Each claim founded upon a separate transaction or occurrence . . . shall be stated in a separate count . . . ."

The complaint simply makes various political statements and opinions and fails to specify any legal theory for any relief against any defendant.

IT IS ORDERED that the plaintiff Rhett R. Smith has twenty (20) days from the date of this order to file an amended complaint complying with the Federal Rules of Civil Procedure in specifying in brief and simple language the allegations against each defendant and why relief should be granted. Failure to comply with this order will result in the dismissal of this lawsuit.

SIGNED this the 4th day of May 2006.

Sam Sparks
UNITED STATES DISTRICT JUDGE